UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-6811-GW(MRWx) | Date | November 20, 2017 |
|---|---|---|---|
| Title | *Julie Killpack v. Nordstrom, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present None Present

**PROCEEDINGS:  IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 18, 2017, Plaintiff Julie Killpack filed a Notice of Settlement. The Court sets an Order to Show re: Settlement Hearing for January 18, 2018 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on January 17, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

Initials of Preparer  JG