# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIE KILLPACK, individually and on behalf of other members of the general public similarly situated,** )<br>)<br>)<br>) | Case No. CV 17-6811-GW(MRWx)<br><br>**ORDER** |
| Plaintiff, ) | |
| vs. ) | |
| **NORDSTROM, INC.; DOES 1-10, inclusive,** )<br>) | |
| Defendant. ) | |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 3rd day of January, 2018.

_____
GEORGE H. WU, U.S. District Judge